


# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

LOLITA RIDGEWAY and TORRIS RIDGEWAY SR.,
individuals,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

MIR E. ALI and SHAKERA ALI, individually and doing business
as HASTINGS STREET APARTMENTS,

C08-01001 EDL

TO: (Name and address of defendant)

SHAKERA ALI, individually and doing business as HASTINGS STREET APARTMENTS
42261 Camino Santa Barbara
Fremont, CA 94539

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Stuart E. Fagan
Law Offices of Stuart E. Fagan
P.O. Box 503741
San Diego, CA 92150-3741

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE MAR - 5 2008

(BY) DEPUTY CLERK

NDCAO440

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐  Served Personally upon the Defendant. Place where served: _____
_____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐  Returned unexecuted:


☐  Other *(specify)*:


### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.


Executed on  _____     _____
                  Date                                  Signature of Server


                                         _____
                                         Address of Server


AO 440 (Rev. 8/01) Summons in a Civil Action

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.