# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

LOLITA RIDGEWAY and TORRIS RIDGEWAY SR.,
individuals,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

MIR E. ALI and SHAKERA ALI, individually and doing business as HASTINGS STREET APARTMENTS,

**C08-01001**



TO: (Name and address of defendant)

MIR E. ALI, individually and doing business as HASTINGS STREET APARTMENTS
42261 Camino Santa Barbara
Fremont, CA 94539

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Stuart E. Fagan
Law Offices of Stuart E. Fagan
P.O. Box 503741
San Diego, CA 92150-3741

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

THELMA NUDO
(BY) DEPUTY CLERK

DATE  MAR - 5 2008

NDCA0440

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]

DATE

Name of SERVER

TITLE

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify):*

## STATEMENT OF SERVICE FEES

TRAVEL           SERVICES                             TOTAL

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.