**United States District Court**
For the Northern District of California

1
2
3
4  UNITED STATES DISTRICT COURT
5  NORTHERN DISTRICT OF CALIFORNIA
6
7
LOLITA RIDGEWAY

    Plaintiff,                                   No. 08-01001 EDL

    v.                                          CLERK'S NOTICE

MIR E. ALI,

    Defendant.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Case Management Conference currently scheduled for May 27, 2008 has been **reset to May 28, 2008 at 10:00 a.m.** before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco. A joint case management statement shall be filed no later than May 21, 2008.

Dated: April 9, 2008

                                                   FOR THE COURT,
                                                   Richard W. Wieking, Clerk

                          by: _____
                                 Lili M. Harrell
                                 Courtroom Deputy