**Name and Address**
Mir Ali
42261 Camino Santa Bar[bara]
Fremont Ca 94539

FILED
APR 22 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Lolita Ridgway (Ridgway) & Torris
**Plaintiff / Petitioner**

VS.

Mir Ali & Shakera Ali
**Defendant / Respondent**

Case No. C 08-01001 EDL

Document Name: Extension of time

Due to my father-in-law's poor health and my wife's stay with him I would like to extendent the 20 day response day to 30 days.

Please call if you have any question.

M Ali
4/22/08