**Name and Address:** Shakera Ali
A2261 Camino Sant[...]
Fremont Ca 94539

FILED
08 APR 22 PM 4:06
[Clerk U.S. District Court, Northern District of California stamp]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**Plaintiff / Petitioner:** Lolita Ridgeway and Torris Ridgway SR

**VS.**

**Defendant / Respondent:** Mir Ali & Shakera Ali

**Case No.:** C-08-01001 EDL

**Document Name:** Extension of time

Due to my dad's poor health and my time staying with him I would like the court to extended the 20 day response to 30 days.

Any questions please call 510 565 2097

Shakera Ali