**LAW OFFICES OF STUART E. FAGAN**
STUART E. FAGAN, State Bar No. 152732
P.O. Box 503741
San Diego, California 92150-3741
Telephone: (858) 220-9601
Facsimile: (858) 676-5339
Email: fairhousinglawyer@sbcglobal.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| LOLITA RIDGEWAY and TORRIS RIDGEWAY SR., individuals,<br><br>　　Plaintiffs,<br><br>　v.<br><br>MIR E. ALI and SHAKERA ALI, individually and doing business as HASTINGS STREET APARTMENTS,<br><br>　　Defendants. | No. 3:08-cv-01001 EDL<br><br>NOTICE OF NON-OPPOSITION TO PLAINTIFFS' MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT |

**NOTICE IS HEREBY GIVEN THAT** plaintiffs do not oppose defendants' Motion to Extend Time, which was filed on or about April 22, 2008.

Dated: May 5, 2008    　　　　　LAW OFFICES OF
　　　　　　　　　　　　　　　　STUART E. FAGAN


　　　　　　　　　　　　　　　By: /s/ Stuart E. Fagan
　　　　　　　　　　　　　　　　　　Stuart E. Fagan
　　　　　　　　　　　　　　　Attorneys for Plaintiffs