IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOLITA RIDGEWAY, et al.,  <br>        Plaintiffs,  <br>  v.  <br>MIR E. ALI, et al.,  <br>        Defendants.  <br>_____/ | No. C-08-01001 (EDL)  <br>**ORDER GRANTING EXTENSION OF TIME** |

On April 22, 2008, Defendants requested an additional 10 days to respond to Plaintiffs' complaint (Docket Nos. 6 and 7). Plaintiffs do not oppose those motions (Docket No. 8). In light of Plaintiffs' non-opposition, those requests are GRANTED.

**IT IS SO ORDERED.**

Dated: May 6, 2008

ELIZABETH D. LAPORTE  
United States Magistrate Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LOLITA RIDGEWAY et al,

          Plaintiff,

  v.

MIR E. ALI et al,

          Defendant.
                                              /

Case Number: CV08-01001 EDL

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 6, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mir E. Ali
Shakera Ali
42261 Camino Santa Barbara
Fremont, CA 94539

Dated: May 6, 2008

                                        Richard W. Wieking, Clerk
                                        By: Lili M. Harrell, Deputy Clerk