# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

LOLITA RIDGEWAY and TORRIS RIDGEWAY ) 
SR., individuals, )
                                Plaintiff, )

                    v. )

MIR E. ALI and SHAKERA ALI, individually and )
doing business as HASTINGS STREET )
APARTMENTS, )
                          Defendant. )
_____ )

**CASE NO. CV**  3:08-cv-01001 EDL

**STIPULATION AND ORDER SELECTING ADR PROCESS**

## I.    ADR PROCESS

The parties hereby stipulate to participate in the ADR process checked below *(select one court-connected or private process).*

### Court-connected ADR processes:

     ___  Arbitration

         ___  Non-binding

         ___  Binding

     ___  Early Neutral Evaluation (ENE)

     ___  Early Settlement Conference with a Magistrate Judge

     x  Mediation

### Private ADR process:

     ___  Type of Process: _____

         Name, address and phone number of private provider:

         _____

         _____

         _____

**II.    TIMING FOR ADR PROCESS**

| x |    **Cases in ENE or Mediation (or similar private process):**

The parties shall conduct the ADR session by ___August 25, 2008_____ *(no later than 90 days after the date set for the first Case Management Conference unless otherwise ordered under General Order 36, § VII.D.)*

     **Cases in Arbitration (court-connected or private):**

The parties shall conduct the Arbitration by _____ *(no later than 135 days after the date set for the first Case Management Conference unless otherwise ordered -- the clerk will send the parties a list of arbitrators for ranking within 10 days after the Case Management Conference.)*

**III.    OTHER STIPULATIONS** *(e.g. regarding additional disclosures and/or discovery before the ADR session, issues to be addressed in ADR session, etc.)*

Dated:  May 6, 2008

Plaintiff
Stuart E. Fagan

Dated:  May 6, 2008

Defendant
Jak Marquez

IT IS SO ORDERED.

Dated:

_____
United States District Judge