RICHARD L. BECKMAN, ESQ., (SBN 148375)
**BECKMAN MARQUEZ & DOWLING, LLP**
703 Market Street, Ste. 1610
San Francisco CA 94102
Tel.: (415) 495-8500
Fax: (415) 495-8590

Attorneys for Defendants
MIR E. ALI and SHAKERA ALI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| LOLITA RIDGEWAY and TORRIS RIDGEWAY,<br><br>Plaintiffs,<br><br>vs.<br><br>MIR E. ALI and SHAKERA ALI, individually and doing business as HASTINGS STREET APARTMENTS,<br><br>Defendants. | Case No. C08-01001 EDL<br><br>**DEFENDANTS' ANSWER TO COMPLAINT FOR MONETARY, DECLARATORY AND INJUNCTIVE RELIEF** |

Except as specifically set forth below, Defendants MIR E. ALI and SHAKERA ALI, sued individually and doing business as HASTINGS STREET APARTMENTS (hereafter the "Defendants") herewith deny all allegations of said Complaint, and each alleged cause of action thereof, and in that connection these Defendants deny that Plaintiffs were injured or damaged as alleged, or at all, by reason of any act or omission of these answering Defendants.

//

- 1

Defendants MIR E. ALI and SHAKERA ALI specifically admit the following allegations of the Complaint filed herein, referenced either by paragraph or portion of paragraph:

> Paragraph 2; Paragraph 3; Paragraph 4; first sentence of Paragraph 7; Paragraph 8; Paragraph 9; Paragraph 11; first sentence of Paragraph 15; first portion of Paragraph 24.

Defendants MIR E. ALI and SHAKERA ALI lack personal knowledge or information to form a belief about the truth of the following allegations, referenced either by paragraph or portion of paragraph:

> Paragraph 5; Paragraph 13; Paragraph 14, in regards to events that occurred prior to said Defendants' purchase of the real property which is the subject of this litigation; first sentence of Paragraph 23; Paragraph 25.

1.    AS A FIRST, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT, AND EACH ALLEGED CAUSE OF ACTION THEREOF, these answering Defendants allege that this complaint, and each alleged cause of action thereof, fails to state facts sufficient to constitute a cause of action against these answering Defendants.

2.    AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT, AND EACH ALLEGED CAUSE OF ACTION THEREOF, these answering Defendants allege that the claims in this action are barred, in part or whole, by the applicable statute of limitations.

3.    AS A THIRD, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT, AND EACH ALLEGED CAUSE OF ACTION THEREOF, these answering Defendant allege that any damages sustained by Plaintiffs were either wholly or in part the fault of others, whether that fault be the proximate result of negligence, strict liability, breach of warranty, breach of contract or any other type of fault caused by persons, firms, corporations or entities other than these answering Defendants and said negligence or fault comparatively reduces the percentage of fault or negligence, if any, by these answering Defendants.

- 2 -

1    4.      AS A FOURTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE

2    COMPLAINT, AND EACH ALLEGED CAUSE OF ACTION THEREOF, these answering

3    Defendants allege that Plaintiffs were actively and affirmatively careless and negligent in and

4    about the matters alleged in the complaint, and each alleged cause of action thereof, and that said

5    carelessness and negligence on Plaintiffs' own parts proximately contributed to the happening of

6    the accident, to the injuries, loss and damage, if any there were. Under the doctrine of

7    comparative negligence, Plaintiffs' own comparative negligence shall reduce any and all

8    damages, if any, sustained by said Plaintiffs.

9    5.      AS A FIFTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT,

10   AND EACH ALLEGED CAUSE OF ACTION THEREOF, these answering Defendants allege

11   that the actions alleged in the complaint were in whole or in part authorized or ratified by

12   Plaintiffs, and as a result thereof, Plaintiffs are estopped from asserting any claim of action based

13   thereon.

14   6.      AS A SIXTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT,

15   AND EACH ALLEGED CAUSE OF ACTION THEREOF, these answering Defendants allege

16   allege that Plaintiffs failed to mitigate their alleged damages and thereby Plaintiffs are precluded

17   from recovering those damages that could have reasonably been avoided.

18   7.      AS A SEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE

19   COMPLAINT, AND EACH ALLEGED CAUSE OF ACTION THEREOF, these answering

20   Defendants allege that, at all times herein mentioned, they acted in good faith and in substantial

21   compliance with all applicable law.

22   //

23   //

24   //

25   //

26   //

27                                          - 3

28

8.    AS AN EIGHTH, AND AFFIRMATIVE DEFENSE TO THE COMPLAINT, AND EACH ALLEGED CAUSE OF ACTION THEREOF, these answering Defendants allege that Plaintiffs, by virtue of having been the sole or major contributing factor to the alleged losses of which Plaintiffs now complain, based on joint or individual fault or misconduct is guilty of unclean hands and therefore barred from seeking the relief sought in the complaint by that principal.

9.    AS A NINTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT, AND EACH ALLEGED CAUSE OF ACTION THEREOF, these answering Defendants allege that Plaintiffs failed to meet and perform all necessary covenants, conditions and promises required by Plaintiffs in accordance with the terms and conditions of the contract.

10.    AS A TENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT, AND EACH ALLEGED CAUSE OF ACTION THEREOF, these answering Defendants allege that the actions of the Plaintiffs prevented Defendants from performing in any way, and released Defendants from any duty or liability to Plaintiffs. Should any breach of duty have occurred on the part of Defendants, said breach was waived by the conduct and actions of the Plaintiffs.

11.    AS AN ELEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT, AND EACH ALLEGED CAUSE OF ACTION THEREOF, these answering Defendants allege that there has been a failure of consideration rendering the contract unenforceable.

12.    AS A TWELFTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT, AND EACH ALLEGED CAUSE OF ACTION THEREOF, these answering Defendants allege that Plaintiffs, with full appreciation of particular risks involved, nevertheless knowingly and voluntarily assumed the risks and hazards of the actions complained of and the damages, if any, resulting there from.

//

//

- 4

Ridgeway, et al. v. Ali, et al., .
USDC – Northern Dist. Of Cal. Case No. C08-01001EDL
DEFENDANT'S ANSWER TO COMPLAINT FOR MONETARY, DECLARATORY AND INJUNCTIVE RELIEF

1    WHEREFORE, Defendant prays that judgment be entered as follows:

2    1.    That all relief requested in the Complaint be denied with prejudice;

3    2.    That Plaintiffs take nothing by this action;

4    3.    That judgment be entered in Defendant's favor;

5    4.    That Defendants be awarded costs of suit and reasonable attorneys' fees incurred

6    herein; and

7    5.    Such further and other relief as the Court deems just and proper.

8    DATED:  May 8, 2008              **BECKMAN MARQUEZ & DOWLING, LLP**

9

10

                                   By: RICHARD L. BECKMAN
11                                 Attorneys for Defendants
                                   MIR E. ALI
12                                 SHAKERA ALI

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                        - 5 -

     **Ridgeway, et al. v. Ali, et al.,** .
28   USDC – Northern Dist. Of Cal. Case No. C08-01001EDL
     DEFENDANT'S ANSWER TO COMPLAINT FOR MONETARY, DECLARATORY AND INJUNCTIVE RELIEF