04/03/2008 THU 12:46 FAX 530 1 6149 Legal Photocopy Service   ☒003/003
04/03/2008 10:24   8586765339   STUART E FAGAN LAW   PAGE 08/09

Case 3:08-cv-01001-EDL   Document 15   Filed 05/08/2008   Page 1 of 1

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

No. C 08-01001

Plaintiff(s),

v.

CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE

Defendant(s).

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 5-8-08

Signature: Rich Beckman

Counsel for Defendants
(Plaintiff, Defendant or indicate "pro se")