UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LOLITA RIDGEWAY and TORRIS RIDGEWAY SR., individuals,

        Plaintiff,

v.

MIR E. ALI and SHAKERA ALI, individually and doing business as HASTINGS STREET APARTMENTS,

        Defendant.

CASE NO. CV 3:08-cv-01001 EDL

**STIPULATION AND ORDER SELECTING ADR PROCESS**

I. **ADR PROCESS**

The parties hereby stipulate to participate in the ADR process checked below *(select one court-connected or private process)*.

**Court-connected ADR processes:**

 ☐ Arbitration

   ☐ Non-binding

   ☐ Binding

 ☐ Early Neutral Evaluation (ENE)

 ☐ Early Settlement Conference with a Magistrate Judge

 ☒ Mediation

**Private ADR process:**

 ☐ Type of Process: _____

 Name, address and phone number of private provider:

 _____

 _____

 _____

STIPULATION AND ORDER SELECTING ADR PROCESS

NDC-ADR5

## II. TIMING FOR ADR PROCESS

[x] **Cases in ENE or Mediation (or similar private process):**

The parties shall conduct the ADR session by August 25, 2008 _____ *(no later than 90 days after the date set for the first Case Management Conference unless otherwise ordered under General Order 36, § VII.D.)*

[ ] **Cases in Arbitration (court-connected or private):**

The parties shall conduct the Arbitration by _____ *(no later than 135 days after the date set for the first Case Management Conference unless otherwise ordered -- the clerk will send the parties a list of arbitrators for ranking within 10 days after the Case Management Conference.)*

## III. OTHER STIPULATIONS *(e.g. regarding additional disclosures and/or discovery before the ADR session, issues to be addressed in ADR session, etc.)*

Dated: May 6, 2008

*/s/*

Plaintiff
Stuart E. Fagan

Dated: May 6, 2008

*/s/*

Defendant
Jak Marquez

IT IS SO ORDERED.

Dated: May 7, 2008

United States [SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, /s/ Elizabeth D. Laporte, Judge Elizabeth D. Laporte]