1  **LAW OFFICES OF STUART E. FAGAN**
   STUART E. FAGAN, State Bar No. 152732
2  P.O. Box 503741
   San Diego, California 92150-3741
3  Telephone: (858) 220-9601
   Facsimile: (858) 676-5339
4  Email: fairhousinglawyer@sbcglobal.net

5  Attorneys for Plaintiffs

                    UNITED STATES DISTRICT COURT

           NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| LOLITA RIDGEWAY and TORRIS RIDGEWAY SR., individuals, ) ) | No. 3:08-cv-01001 EDL |
| Plaintiffs, ) ) | NOTICE OF AND REQUEST FOR TELEPHONIC APPEARANCE AT INITIAL CASE MANAGEMENT CONFERENCE |
| v. ) ) | _____ |
| MIR E. ALI and SHAKERA ALI, individually and doing business as HASTINGS STREET APARTMENTS, ) ) ) ) | Magistrate Judge: Elizabeth D. LaPorte Courtroom: E Trial Date: None Date: May 28, 2008 |
| Defendants. ) _____ ) | Time: 10 a.m. |

   NOTICE IS HEREBY GIVEN that Plaintiffs Lolita Ridgeway and Torris Ridgeway Sr., and respectfully request that their attorney, Stuart E. Fagan, be permitted to appear telephonically at the Initial Case Management Conference, which is set for May 28, 2008, at 10 a.m.

Dated: May 14, 2008                         LAW OFFICES OF
                                            STUART E. FAGAN


                                            By: /s/ Stuart E. Fagan
                                                Stuart E. Fagan
                                            Attorneys for Plaintiffs