**LAW OFFICES OF STUART E. FAGAN**
STUART E. FAGAN, State Bar No. 152732
P.O. Box 503741
San Diego, California 92150-3741
Telephone: (858) 220-9601
Facsimile: (858) 676-5339
Email: fairhousinglawyer@sbcglobal.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| LOLITA RIDGEWAY and TORRIS RIDGEWAY SR., individuals,<br><br>    Plaintiffs,<br><br>    v.<br><br>MIR E. ALI and SHAKERA ALI, individually and doing business as HASTINGS STREET APARTMENTS,<br><br>    Defendants. | No. 3:08-cv-01001 EDL<br>ORDER GRANTING<br><s>NOTICE OF AND</s> REQUEST FOR TELEPHONIC APPEARANCE AT INITIAL CASE MANAGEMENT CONFERENCE<br><br>Magistrate Judge: Elizabeth D. LaPorte<br>Courtroom: E<br>Trial Date: None<br>Date: May 28, 2008<br>Time: 10 a.m. |

   NOTICE IS HEREBY GIVEN that Plaintiffs Lolita Ridgeway and Torris Ridgeway Sr., and respectfully request that their attorney, Stuart E. Fagan, be permitted to appear telephonically at the Initial Case Management Conference, which is set for May 28, 2008, at 10 a.m.

Dated: May 14, 2008

[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — GRANTED, Judge Elizabeth D. Laporte]

LAW OFFICES OF
STUART E. FAGAN


By: /s/ Stuart E. Fagan
    Stuart E. Fagan
    Attorneys for Plaintiffs