1 | **LAW OFFICES OF STUART E. FAGAN**
STUART E. FAGAN, State Bar No. 152732
2 | P.O. Box 503741
San Diego, California 92150-3741
3 | Telephone: (858) 220-9601
Facsimile: (858) 676-5339
4 | Email: fairhousinglawyer@sbcglobal.net

5 | Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| LOLITA RIDGEWAY and TORRIS RIDGEWAY SR., individuals, | No. 3:08-cv-01001 EDL |
| Plaintiffs, | CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |
| v. | _____ |
| MIR E. ALI and SHAKERA ALI, individually and doing business as HASTINGS STREET APARTMENTS, | Magistrate Judge: Elizabeth D. LaPorte<br>Courtroom: E<br>Trial Date: None |
| Defendants. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: May 19, 2008

LAW OFFICES OF
STUART E. FAGAN


By: /s/ Stuart E. Fagan
         Stuart E. Fagan
    Attorneys for Plaintiffs