# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Ridgeway,<br><br>          Plaintiff(s),<br><br>   v.<br><br>Ali,<br><br>          Defendant(s). | 08-01001 EDL MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

    The court notifies the parties and counsel that the Mediator assigned to this case is:

> **Barbara S. Bryant**
> 1563 Solano Avenue
> Box 215
> Berkeley, CA 94707
> 510-558-0600
> bsbryant@pacbell.net

    Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
08-01001 EDL MED                      - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: May 22, 2008

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand

ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
08-01001 EDL MED                - 2 -