**LAW OFFICES OF STUART E. FAGAN**
STUART E. FAGAN, State Bar No. 152732
P.O. Box 503741
San Diego, California 92150-3741
Telephone: (858) 220-9601
Facsimile: (858) 676-5339
Email: fairhousinglawyer@sbcglobal.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| LOLITA RIDGEWAY and TORRIS RIDGEWAY SR., individuals,<br><br>    Plaintiffs,<br><br>    v.<br><br>MIR E. ALI and SHAKERA ALI, individually and doing business as HASTINGS STREET APARTMENTS,<br><br>    Defendants. | No. 3:08-cv-01001 EDL<br><br>REPORT OF RULE 26(f) PLANNING MEETING AND PROPOSED DISCOVERY PLAN<br>[F.R.C.P. 26(f)]<br><br>Magistrate Judge: Elizabeth D. LaPorte<br>Courtroom: E<br>Trial Date: None |

   Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, on May 6, 2008, the parties in the above-entitled action met, by and through their respective attorneys of record, for the Rule 26 Conference. Stuart E. Fagan of Law Offices of Stuart E. Fagan was present for the plaintiffs and Jak Marquez of Beckman, Marquez & Dowling, LLP, was present for the defendants.

   1.   Changes Re Disclosures. The parties do not request any changes made in the timing, form, or requirement for disclosures under Rule 26(a) of the Federal Rules of Civil Procedure.

2.      Discovery Subjects. The subjects of discovery will focus on plaintiffs' claims, defendants' affirmative defenses, and damages claimed by plaintiffs.

The parties anticipate that the discovery will proceed as follows: first, there will be an exchange of written discovery, followed by depositions of the parties and witnesses identified in response to interrogatories and as part of the initial disclosures. Subsequent to the depositions of the parties and identified witnesses, the parties will seek to depose any experts identified in this case. The parties reserve the right to conduct additional written and deposition discovery.

3.      Discovery Cut-Off Date. The first defendant answered or otherwise appeared in this action on April 22, 2008. As set forth above, the parties request a discovery period of three hundred (365) days, terminating on April 22, 2009.

4.      Expert Discovery Cut-Off Date. The parties request an expert discovery period terminating on March 16, 2009.

5.      Amending the Pleadings and Adding Parties. The date for filing motions to amend the pleadings or to add parties shall be ninety (90) days prior to the discovery cut-off date; accordingly, the last day to file such motions shall be November 18, 2008.

6.      Fed.R.Civ.P. 26(a)(2) Disclosures (Experts). The last date for disclosure concerning experts in conformity with Rule 26(a)(2) of the Federal Rules of Civil Procedure, shall be thirty (30) days before the discovery cut-off date, which is January 20, 2009, which is the first business day after the expiration of the 30-day period, and the last date for disclosures respecting rebuttal experts shall be thirty (30) days after the initial disclosure of experts, which is February 20, 2009.

1         7.    Dispositive Motions. All parties anticipate filing dispositive motions. The date for
2 filing dispositive motions shall be forty-five (45) days after the expert discovery cut-off; accordingly,
3 the last date on which to file a dispositive motion shall be April 30, 2008. Dispositive motions,
4 additionally, shall be filed and served at a minimum forty-five (45) days before the scheduled hearing
5 date.
6
7         8.    Pretrial Order. The joint pretrial order shall be filed thirty (30) days after the date for
8 filing dispositive motions, which is June 2, 2009, which is the first business day after expiration of the
9 30-day period,. In the event that the dispositive motions are filed, the date for filing a joint pretrial
10 order shall be suspended until the later of July 2, 2009, or thirty (30) days after decision of dispositive
11 motions or further order of the Court.
12
13        9.    Fed.R.Civ.P. 26(a)(3) Disclosures. Unless the Court so orders, the disclosures required
14 by Fed.R.Civ.P. 26(a)(3) and any objections thereto shall be included in the joint pretrial order.
15
16        10.   Complex Cases. This action is not sufficiently complex for utilization of all or part of
17 the Manual for Complex Litigation.
18
19        11.   Initial Disclosures. The parties shall comply with the initial disclosure requirements of
20 Fed.R.Civ.P. 26(a)(1)(A-D) on or before June 27, 2008.
21
22        12.   Trial Estimate. The parties preliminarily estimate the length of trial to be five days.
23
24
25
26
27
28

19. <u>Disclosure of Non-Party Interested Entities or Persons</u>: Plaintiffs have filed the "Certification of Interest Entities or Persons" required by Civil Local Rule 3-16, and hereby certify that as of this date, other than the named parties, there is no such interest to report.

20. <u>Other Matters</u>. The parties request that dispositive motions be filed and served at a minimum forty-five (45) days before the scheduled hearing date.

Dated: May 19, 2008

LAW OFFICES OF
STUART E. FAGAN

By: _____
Stuart E. Fagan
Attorneys for Plaintiffs

Dated: May 27, 2008

BECKMAN, MARQUEZ &
DOWLING, LLP

By: _____
Richard L. Beckman
Attorneys for Defendants