In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte

CIVIL MINUTES

Date: June 10, 2008

Case No:  **C- 08-01001 EDL**

Case Name:  **LOLITA RIDGEWAY, et al  v. MIR E. ALI, et al**

    Attorneys:    Pltf: Stuart Fagan (phone)    Deft: Richard Beckman

    Deputy Clerk: Lili M. Harrell    FTR digital recording: 10:05am - 10:15am

**PROCEEDINGS:**    **RULING:**

1. Initial Case Management Conference    Held

2.

**ORDERED AFTER HEARING:**

**Order to be prepared by:**  [] Plntf  [] Deft  [X]  Court

**Case continued to:**

**PRETRIAL SCHEDULE:**

Last day to add new parties: 7/10/08
Discovery cutoff: 3/10/09
Initial expert disclosure deadline: 3/16/09
Rebuttal expert disclosure deadline: 3/30/09
Expert discovery cutoff: 4/30/09
Dispositive Motion filing deadline: 3/24/09
Dispositive Motions hearing date: 4/28/09 at 9am
Pretrial Conference: 7/7/09 at 2pm
Trial: 8/3/09 at 8:30 a.m., set for 5  days.
    [X] Jury  [ ]  Court

Notes:

cc: