**FILED**

AUG 2 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**

E-filing

**Northern District of California**

United States District Court
Northern District of California

| | |
|---|---|
| Ridgeway, | No. C 08-01001 EDL MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Ali, | |
| Defendant(s). | |

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) ___8/19/08___

2. Did the case settle?    ☐ fully    ☐ partially    ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☒ phone discussions expected by (date) ___September 5, 2008___

   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**    ☐ YES    ☒ NO

Dated: ___8/20/08___    _____

**Mediator, Barbara S. Bryant**
1563 Solano Avenue
Box 215
Berkeley, CA 94707

**Certification of ADR Session**
08-01001 EDL MED