IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOLITA RIDGEWAY,<br><br>        Plaintiff,<br><br>  v.<br><br>MIR E. ALI,<br><br>        Defendant.<br>_____/ | No. C-08-01001 EDL<br><br>**ORDER EXTENDING DISCOVERY CUTOFF AND TRIAL DATES; SETTING STATUS UPDATE DEADLINE** |

The Court, having received the parties' stipulation to extend the deadlines in this case, hereby extends the fact discovery cut-off date to July 8, 2009. The final pretrial conference is continued from July 7, 2009 to November 3, 2009 at 2:00 p.m. Trial is continued from August 3, 2009 to November 30, 2009 at 8:30 a.m. All other dates and provisions in the case management and pretrial order for jury trial remain the same. It is further ordered that the parties shall submit a joint status statement updating the Court regarding status of their tentative settlement no later than May 26, 2009.

**IT IS SO ORDERED.**

Dated: April 6, 2009

                                                ELIZABETH D. LAPORTE<br>                                                United States Magistrate Judge